UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 18-cr-01129-GPC-4 |
| | ) | |
| v. | ) | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AS TO THIS DEFENDANT ONLY** |
| DIANA AURORA HOLGUIN-GALLEGOS (4) | ) | |
| Defendant, | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice as to this Defendant only.

IT IS SO ORDERED.

Dated: February 12, 2019

Hon. Gonzalo P. Curiel
United States District Judge